SHIANG-YUENG FENG ET AL. *v.* DART HILL REALTY, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 26 Conn. App. 380, is denied.

BERDON, J., dissenting. I would grant certification.

*Bruce D. Tyler,* in support of the petition.

Decided July 10, 1992

STATE OF CONNECTICUT *v.* JOHN C. HOEPLINGER

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 643, is denied.

BERDON, J., dissenting. I would grant certification.

*Ira B. Grudberg* and *Steven D. Ecker,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 16, 1992

FLEET BANK OF CONNECTICUT *v.* PETER LAWLER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 27 Conn. App. 921, is denied.

*Peter J. Sterling,* in support of the petition.

*Anna R. Stravalle-Schmidt,* in opposition.

Decided July 16, 1992